UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

                Plaintiff,

                v.

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and
DOES 1 through 10,

                Defendants,

            and

LATIN AMERICAN SPORTS, LLC,

                as a Nominal Defendant.
-----------------------------------------------------------X

08 Civ. 3987 (VM)

## DISCLOSURE STATEMENT UNDER RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(a), the undersigned counsel for Plaintiff, DIRECTV Latin America, LLC, a private non-governmental party, certifies that Plaintiff's parent company is DIRECTV Latin America, Inc., a non-publicly held Delaware corporation. Plaintiff's ultimate parent company, The DIRECTV Group, Inc., a publicly traded company, indirectly owns 100% of the equity of the Plaintiff. Liberty Media Corporation, a publicly traded company, owns more than 10% of the stock of The DIRECTV Group, Inc.

Dated: New York, New York
April 29, 2008

                    **MINTZ & GOLD LLP**

                    By: _/s/ Terence W. McCormick_
                    Steven G. Mintz (SM 5428)
                    Terence W. McCormick (TM 2713)
                    470 Park Avenue South
                    10th Floor North
                    New York, NY 10016-6819
                    Tel: (212) 696-4848
                    Fax: (212) 696-1231
                    mccormick@mintzandgold.com
                    mintz@mintzandgold.com
                    *Attorneys for Plaintiff*
                    *DIRECTV Latin America, LLC*