UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

               Plaintiff,

     v.

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and
DOES 1 through 10,

               Defendants,

             and

LATIN AMERICAN SPORTS, LLC,

             as a Nominal Defendant.
------------------------------------------------------------X

08 Civ. 3987

**ORDER OF ATTACHMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08

____Victor Marrero____, U.S.D.J.

     Plaintiff has moved this Court for an order of attachment pursuant to Rule 64 of

the Federal Rules of Civil Procedure and Article 62 of the New York Civil Practice Law

and Rules ("CPLR"). Plaintiff has shown that it has causes of action, that it is probable

that it will succeed on the merits, that defendant Alejandro Zunda Cornell is a non-

domiciliary residing without the State of New York, having a domicile at Ruta

Panamericana, Ramal Pilar, Km. 43.5, Barrio Ayres del Pilar, lote V16 (1669) Del Viso,

Pilar, Provincia de Buenos Aires, Argentina, and that the amount demanded from Defendants exceeds all counterclaims known to Plaintiff.

**NOW THEREFORE**, for these reasons, as supported by the showings made in plaintiff's application for an order of attachment, including the Declaration of Michael Hartman dated April 28, 2008, and the exhibits thereto, it is hereby **ORDERED** that:

1. Plaintiff's motion for an order of attachment is granted;

2. The amount to be secured by this Order is Five Million Five Hundred and Fifty Thousand Dollars ($5,550,000).

3. Plaintiff shall post a bond in the amount of $ _600,000.00_ as security.

4. The United States Marshal for the Southern District of New York, or any person appointed to act in his place and stead, shall levy within his jurisdiction at any time before a final judgment, upon such funds, monies, property and/or interests in property of defendant Alejandro Zunda Cornell, including funds, monies, property and/or interests in property of Defendant Alejandro Zunda Cornell held within the following accounts:

   Morgan Stanley
   Bank: Citibank, 111 Wall Street,
   NY, NY
   ABA# 021000089
   For Benefit of: Dean Witter Reynolds
   Beneficiary acct: 509-020127-108
   Alejandro G. Zunda Cornell

2

Morgan Stanley
SWIFT CODE: CITIUS33
Citibank, 111 Wall Street, NY, NY
For Benefit of: Morgan Stanley
Beneficiary acct: 40611172
For Further Credit:509-020127
Alejandro G. Zunda Cornell

Banco UBS
Financial Service
1285 Ave. of the Americas 19th New York, New York (10019)
Intermediario UBS AG
677 Washington Blvd. Stamford, Connecticut (06901)
Account #: N/A

[and shall pay or deliver all such funds, monies, property and/or interests in property to the Clerk of the Court for the purpose of satisfying any judgment that may be obtained against the Defendants in this action.] [and shall refrain from taking any property levied upon into his or her actual custody pending further order of this Court].

5. Upon plaintiff's application, and for good cause shown, the Court hereby appoints Cliff Perciavalle, who is employed by Plaintiff's counsel, to act in the place and stead of the U.S. Marshal for the purpose of serving the Order and effecting the levy ordered hereby.

6. The statement required by CPLR 6219 shall be served by the garnishee upon the U.S. Marshal and plaintiff's counsel within five (5) days after service of this

3

Order. Plaintiff shall move within 10 days after levy for an order confirming this order of attachment.

Dated: New York, New York
April 29, 2008

SO ORDERED

_____
U.S.D.J.   Victor Marrero