MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,                :
individually and in the right and on behalf  :
of LATIN AMERICAN SPORTS, LLC,             :
                                             :
                    Plaintiff,               :       **08 Civ. 3987 (VM)**
                                             :
            v.                               :       **AFFIDAVIT OF SERVICE**
                                             :
PARK 610, LLC,                               :
CARLOS VICENTE AVILA,                        :
ROBERTO TIMISTIT,                            :
CARLOS PRATOLA,                              :
ALEJANDRO ZUNDA CORNELL and                  :
DOES 1 through 10,                           :
                                             :
                    Defendants,              :
                                             :
            and                              :
                                             :
LATIN AMERICAN SPORTS, LLC,                  :
                                             :
            as a Nominal Defendant.          :
-------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CLIFF PERCIAVALLE, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action and reside in Inwood, New York.

2. On the 29th day of April, 2008, at approximately 4:45 p.m., I served the Summons and Complaint and the statement pursuant to Rule 7.1 in the above-captioned action upon Defendant Carlos Vicente Avila by personally delivering true copies of the same to Mr. Avila at the offices of the Plaintiff, 1211 Avenue of the Americas, New York, N.Y. 10036, who acknowledged to me at that time that he was Carlos Vicente Avila.

3. Mr. Avila is a white male of approximately 60-65 years of age. Mr. Avila is approximately 5' 8" tall, with tanned skin, graying black hair, and weighing approximately 170 pounds. Mr. Avila did not wear eyeglasses.

_____
Cliff Perciavalle

Sworn to before me this
30th day of April 2008

_____
Notary Public

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

DIRECTV LATIN AMERICA, LLC,
individually and in the right and
on behalf of LATIN AMERICAN
SPORTS, LLC

              PLAINTIFF,
    V.
PARK 610, LLC, CARLOS VICENTE
AVILA, ROBERTO TIMISTIT,
CARLOS PRATOLA, ALEJANDRO
ZUNDA and DOES 1 through 10

            DEFENDANTS,

       -and-

LATIN AMERICAN SPORTS, LLC,

        as a Nominal Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3987

To: Carlos Vicente Avila
    Gelly 3650,
    Buenos Aires, Argentina

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MINTZ & GOLD LLP
470 Park Avenue South
10th Floor North
New York, New York 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON             APR 2 3 2008
CLERK                                                        DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  4/29/2008 |
| NAME OF SERVER (PRINT)  Cliff Perciavalle | TITLE  Licensed Process Server #0914460 (Exp. 2/28/2010) |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  DIRECTV - 1211 Avenue of the Americas, New York, N.Y. 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
  Mr. Avila is a male of approximately 60-65 years of age. Mr. Avila is approximately 5' 8" tall, with tanned skin, graying black hair, and weighing approximately 170 pounds.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/30/2008
                  Date

*Signature of Server*

470 Park Ave. So - 10th Fl. North, N.Y., N.Y. 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.