MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

           Plaintiff,

        v.

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and
DOES 1 through 10,

           Defendants,

           and

LATIN AMERICAN SPORTS, LLC,

           as a Nominal Defendant.
-------------------------------------------------------X

**08 Civ. 3987 (VM)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

      CLIFF PERCIAVALLE, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action and reside in Inwood, New York.

2. On the 29th day of April, 2008, at approximately 4:45 p.m., I served the Summons and Complaint and the statement pursuant to Rule 7.1 in the above-captioned action upon Defendant Park 610, LLC, by personally delivering true copies of the same to Carlos Vicente Avila at the offices of the Plaintiff, 1211 Avenue of the Americas, New York, N.Y. 10036, who acknowledge to me at that time that he was Carlos Vicente Avila.

3. Mr. Avila is a white male of approximately 60-65 years of age. Mr. Avila is approximately 5' 8" tall, with tanned skin, graying black hair, and weighing approximately 170 pounds. Mr. Avila did not wear eyeglasses.

_____
Cliff Perciavalle

Sworn to before me this
30th day of April 2008

_____
Terence W. McCormick
Notary Public

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106967
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

DIRECTV LATIN AMERICA, LLC,
individually and in the right and
on behalf of LATIN AMERICAN
SPORTS, LLC

              PLAINTIFF,
   v.
PARK 610, LLC, CARLOS VICENTE
AVILA, ROBERTO TIMISTIT,
CARLOS PRATOLA, ALEJANDRO
ZUNDA and DOES 1 through 10

           DEFENDANTS,

        -and-

LATIN AMERICAN SPORTS, LLC,

      as a Nominal Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 3987

3987

To: Park 610, LLC
    9999 Collins Avenue
    Bal Harbour, FL 33154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MINTZ & GOLD LLP
470 Park Avenue South
10th Floor North
New York, New York 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 29 2008

J. MICHAEL McMAHON
CLERK

_____     DATE
(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/29/2008 |
| NAME OF SERVER *(PRINT)* <br> Cliff Perciavalle | TITLE <br> Licensed Process Server #0914460 (Exp. 2/28/2010) | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  DIRECTV - 1211 Avenue of the Americas, New York, N.Y. 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:
  (Service of process was effectuated upon Defendant Park 610, LLC by delivering the summons and complaint to Mr. Carlos Vicente Avila at the above address)

☐ Other (specify):
  Mr. Avila is a male of approximately 60-65 years of age. Mr. Avila is approximately 5' 8" tall, with tanned skin, graying black hair, and weighing approximately 170 pounds.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/30/2008___
           Date

*Signature of Server*

470 Park Ave. So - 10th Fl. North, N.Y., N.Y. 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.