MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

                Plaintiff,        **08 Civ. 3987 (VM)**

       v.                          **AFFIDAVIT OF SERVICE**

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and
DOES 1 through 10,

                Defendants,

       and

LATIN AMERICAN SPORTS, LLC,

           as a Nominal Defendant.
---------------------------------------------------------X

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

       CLIFF PERCIAVALLE, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action and reside in Inwood, New York.

2. On the 29th day of April, 2008, at approximately 4:45 p.m., I served the Summons and Complaint and the statement pursuant to Rule 7.1 in the above-captioned action upon Defendant Roberto Timistit, by personally delivering true copies of the same to Mr. Timistit at the offices of the Plaintiff, 1211 Avenue of the Americas, New York, N.Y. 10036, who acknowledged to me at that time that he was Roberto Timistit.

3. Mr. Timistit is a white male of approximately 50-55 years of age. Mr. Timistit stands at approximately 5' 10" in height, with graying and thinning hair, and weighing approximately 180 pounds.

_____
Cliff Perciavalle

Sworn to before me this
30th day of April 2008

_____
Notary Public

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

DIRECTV LATIN AMERICA, LLC, individually and in the right and on behalf of LATIN AMERICAN SPORTS, LLC

v. PLAINTIFF,

PARK 610, LLC, CARLOS VICENTE AVILA, ROBERTO TIMISTIT, CARLOS PRATOLA, ALEJANDRO ZUNDA and DOES 1 through 10

DEFENDANTS,

-and-

LATIN AMERICAN SPORTS, LLC,

as a Nominal Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ. 3987

To: Roberto Timistit
Cabildo 480, General Pacheco
Partido de Tigre, Provincia Buenos Aires   Argentina

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MINTZ & GOLD LLP
470 Park Avenue South
10th Floor North
New York, New York 10016

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 2   2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/29/2008 |
| NAME OF SERVER (PRINT) Cliff Perciavalle | TITLE Licensed Process Server #0914460 (Exp. 2/28/2010) |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
　DIRECTV - 1211 Avenue of the Americas, New York, N.Y. 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
　Mr. Timistit is a white male of approximately 50-55 years of age. Mr. Timistit stands at approximately 5' 10" in height, with graying and thinning hair, and weighing approximately 170- 180 pounds.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/30/2008___　　_____
　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　470 Park Ave. So - 10th Fl. North, N.Y., N.Y. 10016
　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.