UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,                          :
individually and in the right and on behalf          :    **08 Civ. 3987 (VM)(GWG)**
of LATIN AMERICAN SPORTS, LLC,                       :
                                                     :
               Plaintiff,                          :    **NOTICE OF FILING OF**
                                                     :    **UNDERTAKING**
        v.                                          :
                                                     :
PARK 610, LLC,                                       :    **ECF CASE**
CARLOS VICENTE AVILA,                                :
ROBERTO TIMISTIT,                                    :
CARLOS PRATOLA,                                      :
ALEJANDRO ZUNDA CORNELL and                          :
DOES 1 through 10,                                   :
                                                     :
               Defendants,                         :
                                                     :
            and                                     :
                                                     :
LATIN AMERICAN SPORTS, LLC,                          :
                                                     :
               as a Nominal Defendant.              :
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that true copies of three (3) Undertakings On Attachment, each dated May 8, 2008, and obtained pursuant to the Orders of Attachment entered by this Court on April 29, 2008, are annexed to this Notice.

Dated:    New York, New York
           May 12, 2008

**MINTZ & GOLD LLP**

*[signature: Terence W. McCormick]*

Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel:   (212) 696-4848
Fax:   (212) 696-1231

*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

Bond No. 6528824

In the UNITED STATES DISTRICT, SOUTHERN DISTRICT Court of the State of New York for the

County of _____

DIRECTV LATIN AMERICA, LLC, individually
and in the right and on behalf of LATIN
AMERICAN SPORTS, LLC,
          Plaintiff,
  vs.
PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and DOES 1 through
10,          Defendants,
and LATIN AMERICAN SPORTS, LLC, as a
Nominal Defendant.

**UNDERTAKING ON ATTACHMENT**
Case
INDEX NO. 08 CIV 3987

WHEREAS, the above-named Plaintiff ___ ha s ___ applied, or about to apply in the above-entitled action to one of the Justices of this Court for an order of attachment against the property of the above-named Defendant, Carlos Vicente Avila

under and by virtue of the Civil Practice Law and Rules. FRCP (64) -Federal Article 62

NOW, THEREFORE, the Safeco Insurance Company of America,
having an office and principal place of business in the State of ~~New York~~, at 330 N. Brand Blvd., Ste.680, Glendale, CA 91203
hereby undertakes, pursuant to the Statute, in the amount of California Six Hundred Thousand And No/100------
-------------------------------------------------------------------------- Dollars ($ 600,000.00 ),
of which amount the sum of Six Hundred Thousand And No/1000
                                                                                              Dollars ($ 600,000.00 )
thereof is conditioned that the plaintiff will pay to the defendant ____ all costs and damages including reasonable attorney's fees which may be sustained by reason of the attachment if the defendant ___ recover ___ judgment, or if it is finally decided that the plaintiff was not entitled to an attachment of the property of the defendant ___ and the balance of Six Hundred Thousand
and No/100                                             Dollars ($ 600,000.00 )
is conditioned that the plaintiff will pay to the sheriff all of his allowable fees.

Dated May 8, 2008

                                        SAFECO INSURANCE COMPANY OF AMERICA

                                        By _[signature]_
                                        Cesar F. Javier         Attorney-in-Fact

**Bond**

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTV LATIN AMERICA, LLC,<br>　　　　Plaintiff,<br>　v.<br><br>PARK 610, LLC, CARLOS VICENTE AVILA,<br>ROBERTO TIMISTIT, CARLOS PRATOLA,<br>ALEJANDRO ZUNDA CORNELL<br>and DOES 1 through 10,<br>　　　　Defendants. | 08 Civ. 3987 (VM)(GWG) |

### UNDERTAKING ON ATTACHMENT

SURETY

To   THE ABOVE NAMED DEFENDANTS

Please take notice that an Undertaking of which the within is a copy has been duly executed and filed herein with the Clerk of the United States District Court for the Southern District of New York.

Dated   May 12   , 2008

_Terence H. McCormick_
Attorney for Plaintiff



POWER
OF ATTORNEY

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

No. 9085

**KNOW ALL BY THESE PRESENTS:**

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

**********TENZER V. CUNNINGHAM; CESAR J. JAVIER; CHRISTINA JOHNSON; SHANNA E. JUDSON; KRISTINE MENDEZ; JEFFREY STRASSNER; NATALIE K. TROFIMOFF; PATRICIA TALAVERA; Los Angeles, CA******************************************

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.
IN WITNESS WHEREOF, **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA** have each executed and attested these presents

this  25th  day of  January , 2008 .

**STEPHANIE DALEY-WATSON, SECRETARY**           **TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY**

**CERTIFICATE**
Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
  (i) The provisions of Article V, Section 13 of the By-Laws, and
  (ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
  (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson    , Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation**

this _____ day of  **MAY 8 - 2008** , _____ .

**STEPHANIE DALEY-WATSON, SECRETARY**

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

S-0974/DS 4/05                                                                                                                    WEB PDF

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of ____California____

County of ____Los Angeles____

On __MAY 8 - 2008__ before me, ____Shanna E. Judson, Notary Public____

personally appeared, ____Cesar F. Javier____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
SIGNATURE OF NOTARY

SHANNA E. JUDSON
Commission # 1628023
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2009

Notary Public Seal

━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**DESCRIPTION OF ATTACHED DOCUMENT:**

**TITLE OR TYPE OF DOCUMENT:** _____

**NUMBER OF PAGES:** _____ **DOCUMENT DATE:** _____

**CAPACITY(IES) CLAIMED BY SIGNER(S)**

| Signer's Name: _____ | Signer's Name _____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER<br>Title(s) _____ | ☐ CORPORATE OFFICER<br>Title(s) _____ |
| ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL | ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN/CONSERVATOR | ☐ GUARDIAN/CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |
| Signer is representing:<br>NAME OF PERSON(S) OR ENTITY(IES)<br>_____ | Signer is representing:<br>NAME OF PERSON(S) OR ENTITY(IES)<br>_____ |

Bond No. 6528826

In the UNITED STATES DISTRICT, SOUTHERN DISTRICT Court of the State of New York for the

County of _____

DIRECTV LATIN AMERICA, LLC, individually
and in the right and on behalf of LATIN
AMERICAN SPORTS, LLC,
                Plaintiff,
vs.
PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and DOES 1 through
10,              Defendants,
and LATIN AMERICAN SPORTS, LLC, as a
Nominal Defendant.

**UNDERTAKING ON ATTACHMENT**
Case
INDEX NO. 08 CIV 3987

WHEREAS, the above-named Plaintiff ___ has ___ applied, or about to apply in the above-entitled action to one of the Justices of this Court for an order of attachment against the property of the above-named Defendant, Carlos Pratola

under and by virtue of the Civil Practice Law and Rules. FRCP (64) -Federal Article 62

NOW, THEREFORE, the Safeco Insurance Company of America, having an office and principal place of business in the State of ~~New York~~, at 330 N. Brand Blvd., Ste.680, Glendale, CA 91203 California hereby undertakes, pursuant to the Statute, in the amount of Six Hundred Thousand And No/100------ Dollars ($ 600,000.00 ),

of which amount the sum of Six Hundred Thousand And No/1000 Dollars ($ 600,000.00 ) thereof is conditioned that the plaintiff will pay to the defendant ___ all costs and damages including reasonable attorney's fees which may be sustained by reason of the attachment if the defendant ___ recover ___ judgment, or if it is finally decided that the plaintiff was not entitled to an attachment of the property of the defendant ___ and the balance of Six Hundred Thousand and No/100 Dollars ($ 600,000.00 ) is conditioned that the plaintiff will pay to the sheriff all of his allowable fees.

Dated May 8, 2008

SAFECO INSURANCE COMPANY OF AMERICA

By _____[signature]_____
Cesar F. Javier      Attorney-in-Fact

**Bond**

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

DIRECTV LATIN AMERICA, LLC,
        Plaintiff,

v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL
and DOES 1 through 10,
        Defendants.

08 Civ. 3987 (VM)(GWG)

**UNDERTAKING ON ATTACHMENT**

SURETY

To   THE ABOVE NAMED DEFENDANTS

Please take notice that an Undertaking of which the within is a copy has been duly executed and filed herein with the Clerk of the United States District Court for the Southern District of New York.

Dated  May 12, 2008

*Terence W. McCormick*
Attorney for Plaintiff



**POWER OF ATTORNEY**

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

No. 9085

**KNOW ALL BY THESE PRESENTS:**

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

**\*\*\*\*\*\*\*\*\*\*TENZER V. CUNNINGHAM; CESAR J. JAVIER; CHRISTINA JOHNSON; SHANNA E. JUDSON; KRISTINE MENDEZ; JEFFREY STRASSNER; NATALIE K. TROFIMOFF; PATRICIA TALAVERA; Los Angeles, CA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.
IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this  25th  day of  January  , 2008

_Stephanie Daley-Watson_    _Tim Mikolajewski_
**STEPHANIE DALEY-WATSON, SECRETARY**   **TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY**

**CERTIFICATE**
Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA:**

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
  (i) The provisions of Article V, Section 13 of the By-Laws, and
  (ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
  (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson   , Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation**

this _____ day of  **MAY 8 - 2008**

_Stephanie Daley-Watson_
**STEPHANIE DALEY-WATSON, SECRETARY**

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

S-0974/DS 4/05                                                                                                             WEB PDF

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of ____California____

County of ____Los Angeles____

On __MAY 8 - 2008__ before me, ____Shanna E. Judson, Notary Public____

personally appeared, ____Cesar F. Javier____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

[Seal: SHANNA E. JUDSON, Commission # 1628023, Notary Public - California, Los Angeles County, My Comm. Expires Dec 8, 2009]

Notary Public Seal

━━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**DESCRIPTION OF ATTACHED DOCUMENT:**

**TITLE OR TYPE OF DOCUMENT:** _____

**NUMBER OF PAGES:** _____  **DOCUMENT DATE:** _____

**CAPACITY(IES) CLAIMED BY SIGNER(S)**

| Signer's Name: _____ | Signer's Name _____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER<br>Title(s) _____ | ☐ CORPORATE OFFICER<br>Title(s) _____ |
| ☐ PARTNER(S)  ☐ LIMITED  ☐ GENERAL | ☐ PARTNER(S)  ☐ LIMITED  ☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN/CONSERVATOR | ☐ GUARDIAN/CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |
| Signer is representing:<br>NAME OF PERSON(S) OR ENTITY(IES) | Signer is representing:<br>NAME OF PERSON(S) OR ENTITY(IES) |

Bond No. 6528825

In the UNITED STATES DISTRICT, SOUTHERN DISTRICT Court of the State of New York for the

County of _____

DIRECTV LATIN AMERICA, LLC, individually
and in the right and on behalf of LATIN
AMERICAN SPORTS, LLC,
                    Plaintiff,
vs.
PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and DOES 1 through
10,             Defendants,
and LATIN AMERICAN SPORTS, LLC, as a
Nominal Defendant.

**UNDERTAKING ON ATTACHMENT**
Case
INDEX NO. 08 CIV 3987

WHEREAS, the above-named Plaintiff ___ ha s ___ applied, or about to apply in the above-entitled action to one of the Justices of this Court for an order of attachment against the property of the above-named Defendant, Alejandro Zunda Cornell

under and by virtue of the Civil Practice Law and Rules. FRCP (64) -Federal Article 62

NOW, THEREFORE, the Safeco Insurance Company of America,
having an office and principal place of business in the State of ~~New York~~, at 330 N. Brand Blvd.,Ste.680,Glendale,CA91203
hereby undertakes, pursuant to the Statute, in the amount of California Six Hundred Thousand And No/100------
-------------------------------------------------------- Dollars ($ 600,000.00 ),
of which amount the sum of Six Hundred Thousand And No/1000
                                                                Dollars ($ 600,000.00 )
thereof is conditioned that the plaintiff will pay to the defendant ___ all costs and damages including reasonable attorney's fees which may be sustained by reason of the attachment if the defendant ___ recover ___ judgment, or if it is finally decided that the plaintiff was not entitled to an attachment of the property of the defendant ___ and the balance of Six Hundred Thousand
and No/100 _____ Dollars ($ 600,000.00 )
is conditioned that the plaintiff will pay to the sheriff all of his allowable fees.

Dated May 8 , 2008

SAFECO INSURANCE COMPANY OF AMERICA

By _____
    Cesar F. Javier           Attorney-in-Fact

S-1689/GE 10/99                Page 1 of 2

XDP

**Bond**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

DIRECTV LATIN AMERICA, LLC,
   Plaintiff,       08 Civ. 3987 (VM)(GWG)
 v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL
and DOES 1 through 10,
   Defendants.

**UNDERTAKING ON ATTACHMENT**

SURETY

To THE ABOVE NAMED DEFENDANTS

Please take notice that an Undertaking of which the within is a copy has been duly executed and filed herein with the Clerk of the United States District Court for the Southern District of New York.

Dated May 12, 2008

*Terence W. McCormick*
Attorney for Plaintiff



**POWER OF ATTORNEY**

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

No. 9085

**KNOW ALL BY THESE PRESENTS:**

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

**\*\*\*\*\*\*\*\*\*\*\*TENZER V. CUNNINGHAM; CESAR J. JAVIER; CHRISTINA JOHNSON; SHANNA E. JUDSON; KRISTINE MENDEZ; JEFFREY STRASSNER; NATALIE K. TROFIMOFF; PATRICIA TALAVERA; Los Angeles, CA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA** have each executed and attested these presents

this   25th   day of   January  , 2008

*Stephanie Daley-Watson*                                        *Tim Mikolajewski*

**STEPHANIE DALEY-WATSON, SECRETARY**            **TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY**

**CERTIFICATE**
Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA**:

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA**
and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
  (i)   The provisions of Article V, Section 13 of the By-Laws, and
  (ii)  A copy of the power-of-attorney appointment, executed pursuant thereto, and
  (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson, Secretary of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation**

this _____ day of   **MAY 8 - 2008**

*Stephanie Daley-Watson*

**STEPHANIE DALEY-WATSON, SECRETARY**

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

S-0974/DS 4/05                                                                                                                           WEB PDF

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of ____California____

County of ____Los Angeles____

On __MAY 8 - 2008__ before me, ____Shanna E. Judson, Notary Public____

personally appeared, ____Cesar F. Javier____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Signature]
SIGNATURE OF NOTARY

[Notary Seal: SHANNA E. JUDSON, Commission # 1628023, Notary Public - California, Los Angeles County, My Comm. Expires Dec 8, 2009]

Notary Public Seal

━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**DESCRIPTION OF ATTACHED DOCUMENT:**

**TITLE OR TYPE OF DOCUMENT:** _____

**NUMBER OF PAGES:** _____ **DOCUMENT DATE:** _____

**CAPACITY(IES) CLAIMED BY SIGNER(S)**

| Signer's Name: _____ | Signer's Name _____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER Title(s)_____ | ☐ CORPORATE OFFICER Title(s)_____ |
| ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL | ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN/CONSERVATOR | ☐ GUARDIAN/CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |
| Signer is representing: NAME OF PERSON(S) OR ENTITY(IES) | Signer is representing: NAME OF PERSON(S) OR ENTITY(IES) |