UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

                Plaintiff,

        v.

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and
DOES 1 through 10,

                Defendants,

        and

LATIN AMERICAN SPORTS, LLC,

                as a Nominal Defendant.
------------------------------------------------------------X

08 Civ. 3987 (VM)(GWG)

**NOTICE OF MOTION TO CONFIRM ORDERS OF ATTACHMENT**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Michael Hartman, dated April 28, 2008, and all the exhibits thereto, the Declaration of Terence W. McCormick, Esq., dated May 12, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Plaintiff's Motion to Confirm the Attachment, of even date herewith, and upon all the prior pleadings and proceedings had herein, plaintiff, DIRECTV Latin America, LLC, by its undersigned counsel, will move this Court before the Hon. Victor Marrero, U.S. District Judge, at the United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007, on a date to

be scheduled by the Court, for an order pursuant to Rule 64, Fed. R. Civ. P., and Section 6211(b) of the New York Civil Practice Law and Rules, confirming the Orders of Attachment entered by this Court on April 29, 2008 against each of Defendants Carlos Vicente Avila, Carlos Pratola and Alejandro Zunda Cornell, and for such other and further relief as the Court may deem just and proper.

Subject to such other direction as the Court may give, pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, papers in opposition to this motion, if any, shall be served within ten business days of the service of this Notice of Motion.

Dated:   New York, New York
         May 12, 2008

                                                  **MINTZ & GOLD LLP**

                                                  */s/ Terence W. McCormick*
                                                  _____
                                                  Steven G. Mintz (SM 5428)
                                                  Terence W. McCormick (TM 2713)
                                                  470 Park Avenue South
                                                  10th Floor North
                                                  New York, N.Y. 10016-6819
                                                  Tel:  (212) 696-4848
                                                  Fax:  (212) 696-1231

                                                  *Attorneys for Plaintiff*
                                                  *DIRECTV Latin America, LLC*