Bond No. 6528825

In the UNITED STATES DISTRICT, SOUTHERN DISTRICT Court of the State of New York for the

County of _____

DIRECTV LATIN AMERICA, LLC, individually
and in the right and on behalf of LATIN
AMERICAN SPORTS, LLC,
                 Plaintiff,
vs.
PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and DOES 1 through
10,          Defendants,
and LATIN AMERICAN SPORTS, LLC, as a
Nominal Defendant.

**UNDERTAKING ON ATTACHMENT**
Case
INDEX NO. 08 CIV 3987

WHEREAS, the above-named Plaintiff ___ ha s ___ applied, or about to apply in the above-entitled action to one of the Justices of this Court for an order of attachment against the property of the above-named Defendant, Alejandro Zunda Cornell

under and by virtue of the Civil Practice Law and Rules. FRCP (64) -Federal
Article 62

NOW, THEREFORE, the Safeco Insurance Company of America,
having an office and principal place of business in the State of ~~New York~~, at 330 N. Brand Blvd., Ste.680, Glendale, CA 91203
hereby undertakes, pursuant to the Statute, in the amount of California Six Hundred Thousand And No/100
-------- Dollars ($ 600,000.00 ),
of which amount the sum of Six Hundred Thousand And No/1000
Dollars ($ 600,000.00 )
thereof is conditioned that the plaintiff will pay to the defendant ___ all costs and damages including reasonable attorney's fees which may be sustained by reason of the attachment if the defendant ___ recover ___ judgment, or if it is finally decided that the plaintiff was not entitled to an attachment of the property of the defendant ___ and the balance of Six Hundred Thousand and No/100
Dollars ($ 600,000.00 )
is conditioned that the plaintiff will pay to the sheriff all of his allowable fees.

Dated May 8, 2008

SAFECO INSURANCE COMPANY OF AMERICA

APPROVED 5/12/08
J. Michael McMahon, Clerk
By David I. Thomas
Deputy Clerk

By _____
Cesar F. Javier    Attorney-in-Fact

S-1689/GE 10/99    Page 1 of 2

XDP

**Bond**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

DIRECTV LATIN AMERICA, LLC,
    Plaintiff,

v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL
and DOES 1 through 10,
    Defendants.

08 Civ. 3987 (VM)(GWG)

**UNDERTAKING ON ATTACHMENT**

SURETY

To THE ABOVE NAMED DEFENDANTS

Please take notice that an Undertaking of which the within is a copy has been duly executed and filed herein with the Clerk of the United States District Court for the Southern District of New York.

Dated May 12, 2008

_Terence W. McCormick_
Attorney for Plaintiff



**POWER OF ATTORNEY**

Safeco Insurance Company of America
General Insurance Company of America
Safeco Plaza
Seattle, WA 98185

**KNOW ALL BY THESE PRESENTS:**   No. 9085

That **SAFECO INSURANCE COMPANY OF AMERICA** and **GENERAL INSURANCE COMPANY OF AMERICA**, each a Washington corporation, does each hereby appoint

**\*\*\*\*\*\*\*\*\*\*TENZER V. CUNNINGHAM; CESAR J. JAVIER; CHRISTINA JOHNSON; SHANNA E. JUDSON; KRISTINE MENDEZ; JEFFREY STRASSNER; NATALIE K. TROFIMOFF; PATRICIA TALAVERA; Los Angeles, CA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

its true and lawful attorney(s)-in-fact, with full authority to execute on its behalf fidelity and surety bonds or undertakings and other documents of a similar character issued in the course of its business, and to bind the respective company thereby.
IN WITNESS WHEREOF, SAFECO INSURANCE COMPANY OF AMERICA and GENERAL INSURANCE COMPANY OF AMERICA have each executed and attested these presents

this  25th  day of  January , 2008

_Stephanie Daley-Watson_        _Tim Mikolajewski_
**STEPHANIE DALEY-WATSON, SECRETARY**         **TIM MIKOLAJEWSKI, SENIOR VICE-PRESIDENT, SURETY**

**CERTIFICATE**

Extract from the By-Laws of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA**:

"Article V, Section 13. - FIDELITY AND SURETY BONDS ... the President, any Vice President, the Secretary, and any Assistant Vice President appointed for that purpose by the officer in charge of surety operations, shall each have authority to appoint individuals as attorneys-in-fact or under other appropriate titles with authority to execute on behalf of the company fidelity and surety bonds and other documents of similar character issued by the company in the course of its business... On any instrument making or evidencing such appointment, the signatures may be affixed by facsimile. On any instrument conferring such authority or on any bond or undertaking of the company, the seal, or a facsimile thereof, may be impressed or affixed or in any other manner reproduced; provided, however, that the seal shall not be necessary to the validity of any such instrument or undertaking."

Extract from a Resolution of the Board of Directors of **SAFECO INSURANCE COMPANY OF AMERICA** and of **GENERAL INSURANCE COMPANY OF AMERICA** adopted July 28, 1970.

"On any certificate executed by the Secretary or an assistant secretary of the Company setting out,
  (i) The provisions of Article V, Section 13 of the By-Laws, and
  (ii) A copy of the power-of-attorney appointment, executed pursuant thereto, and
  (iii) Certifying that said power-of-attorney appointment is in full force and effect,
the signature of the certifying officer may be by facsimile, and the seal of the Company may be a facsimile thereof."

I, Stephanie Daley-Watson, Secretary of SAFECO INSURANCE COMPANY OF AMERICA and of GENERAL INSURANCE COMPANY OF AMERICA, do hereby certify that the foregoing extracts of the By-Laws and of a Resolution of the Board of Directors of these corporations, and of a Power of Attorney issued pursuant thereto, are true and correct, and that both the By-Laws, the Resolution and the Power of Attorney are still in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of said corporation

this _____ day of  **MAY 8 - 2008**

 

_Stephanie Daley-Watson_
**STEPHANIE DALEY-WATSON, SECRETARY**

Safeco® and the Safeco logo are registered trademarks of Safeco Corporation.

S-0974/DS 4/05

WEB PDF

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of ____California____

County of ____Los Angeles____

On ____MAY 8 - 2008____ before me, ____Shanna E. Judson, Notary Public____

personally appeared, ____Cesar F. Javier____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE OF NOTARY

SHANNA E. JUDSON
Commission # 1628023
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2009

Notary Public Seal

━━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**DESCRIPTION OF ATTACHED DOCUMENT:**

**TITLE OR TYPE OF DOCUMENT:** _____

**NUMBER OF PAGES:** _____ **DOCUMENT DATE:** _____

**CAPACITY(IES) CLAIMED BY SIGNER(S)**

| Signer's Name: _____ | Signer's Name _____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER Title(s)_____ | ☐ CORPORATE OFFICER Title(s)_____ |
| ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL | ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN/CONSERVATOR | ☐ GUARDIAN/CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |
| Signer is representing: NAME OF PERSON(S) OR ENTITY(IES) | Signer is representing: NAME OF PERSON(S) OR ENTITY(IES) |