MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| DIRECTV LATIN AMERICA, LLC, individually and in the right and on behalf of LATIN AMERICAN SPORTS, LLC, | 08 Civ. 3987 (VM)(GWG) |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| PARK 610, LLC, CARLOS VICENTE AVILA, ROBERTO TIMISTIT, CARLOS PRATOLA, ALEJANDRO ZUNDA CORNELL and DOES 1 through 10, | |
| Defendants, | |
| and | |
| LATIN AMERICAN SPORTS, LLC, | |
| as a Nominal Defendant. | |

-------------------------------------------------------------X

STATE OF NEW YORK      )
                                              )  ss.:
COUNTY OF NEW YORK  )

**JACQUES MARC**, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years. I am not a party to this action, and I reside in Brooklyn, New York.

2. On this 12th day of May, 2008, I served the foregoing Notice of Motion to Confirm Orders of Attachment, together with the annexed Declaration of Michael Hartman, the Declaration of Terence W. McCormick, Esq., and all exhibits thereto, and the accompanying Memorandum of Law in Support of Plaintiff's Motion to Confirm the Attachment upon the Defendants:

> Park 610, LLC
> 9999 Collins Avenue
> Bal Harbour, FL 33154
>
> Carlos Vicente Avila
> Gelly 3650
> Buenos Aires, Argentina
>
> Roberto Timistit
> Cabildo 480, General Pacheco,
> Partido de Tigre
> Provincia Buenos Aires
>
> Carlos Pratola
> Villanueva 1350 PB (1426)
> Ciudad de Buenos Aires
> Republica Argentina
>
> Alejandro Zunda Cornell
> Ruta Panamericana, Ramal Pilar, Km. 43.5
> Barrio Ayres del Pilar, lote V16 (1669)
> Del Viso, Pilar
> Provincia de Buenos Aires República Argentina
>
> - and -

> V. David Rivkin, Esq.
> Fox Horan & Camerini LLP
> 825 Third Avenue
> New York, New York 10022
> (*counsel for Defendants Park 610, LLC, Carlos Vicente Avila and Roberto Timistit*)

by depositing true copies of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*/s/ Jacques Marc*
Jacques Marc

Sworn to before me this
13th day of May 2008

*/s/ Terence W. McCormick*
Notary Public

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012