```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually and
in the right and on behalf of LATIN AMERICAN
AMERICAN SPORTS, LLC,

                Plaintiff,

     v.

PARK 610. LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and DOES
1 through 10,

                Defendants,

               and

LATIN AMERICAN SPORTS, LLC,

            As a Nominal Defendant.
-------------------------------------------------------X

08 Civ. 3987 (VM)

**STIPULATION**

       **WHEREAS,** the answers of the defendants, Park 610 LLC, Carlos Vicente Avila and Roberto Timistit to the complaint are due on or about May 19, 2008; and

       **WHEREAS,** there have been no previous requests for an extension of time in this action;

       **IT IS HEREBY STIPULATED AND AGREED** between the parties through their undersigned attorneys that defendants' time to answer or otherwise move with respect to the complaint is extended to June 18, 2008.

       **IT IS FURTHER STIPLUATED AND AGREED THAT** defendants Park 610, LLP, Carlos Vicente Avila, and Roberto Timistit will not assert in their answer or motion

in response to the Complaint, defenses under Fed. R. Civ. P. 12(b)(2), (4) or (5).

Dated: New York, New York
May 13, 2008

**FOX HORAN & CAMERINI LLP**
*Attorneys for Defendants*
*Park 610 LLC, Carlos Vicente Avila and*
*Roberto Timistit*

By: _____
V. David Rivkin (VR-6734)
825 Third Avenue
New York, New York 10022
(212) 480-4800


**MINTZ & GOLD LLP**
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

By: _____
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor
New York, New York 10016
(212) 696-4848

SO ORDERED:

Dated: New York, New York
13 May, 2008

_____
HON. VICTOR MARRERO
United States District Judge

## FOX HORAN & CAMERINI LLP
*Facsimile Transmission*

825 Third Avenue
New York, New York 10022
(212) 480-4800 - Telephone
(212) 709-0248 - Telecopiers
(212) 269-2383

Date       : May 14, 2008
Time       : 10:00 am

FH&C Ref:
Pages      : 4 (incl. this page)

---

**PLEASE DELIVER TO:**   Hon. Victor Marrero

**TELEFAX NO.:**   (212) 805-6382

**TELEPHONE NO.:**

**FROM:**   V. David Rivkin, Esq.

**RE:**   DirecTV Latin america LLC v. Park 610 LLC, et al

Case No. 08 Civ. 3987

\* \* \* \* \* \* \*

Please see attached.

---

**CONFIDENTIALITY NOTICE**

This transmission is intended for the named recipient(s) only. It may contain privileged and confidential information. If you have received this transmission in error, please notify us immediately by a collect telephone call to (212) 480-4800 and return the original to us by mail. We will reimburse you for postage. Do not copy or disclose the contents to anyone. Thank you.