USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIRECTV LATIN AMERICA, LLC, individually and
in the right and on behalf of LATIN AMERICAN
SPORTS, LLC,

        Plaintiff,

    v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL and DOES
1 through 10,

        Defendants,

    and

LATIN AMERICAN SPORTS, LLC,

        As a Nominal Defendant.
------------------------------------------------------------X

08 Civ. 3987 (VM)

**STIPULATION**

WHEREAS this Court issued Orders of Attachment as to property held by Defendants Carlos Vicente Avila, Carlos Pratola and Alejandro Zunda Cornell, each on the 29th day of April 2008;

WHEREAS Plaintiff DIRECTV Latin America, LLC ("DIRECTV") has timely moved to confirm the foregoing Orders of Attachment as directed by the Orders;

WHEREAS the Defendants' opposition papers, if any, in response to DIRECTV's motion to confirm the Orders of Attachment are currently due to be served on or before May 27, 2008;

WHEREAS the time for Defendants Park 610, LLC ("Park 610"), Carlos Vicente Avila ("Avila") and Roberto Timistit ("Timistit") to answer or otherwise move in response to the Verified Complaint herein has previously been extended by stipulation to

June 18, 2008, and such extension has been so ordered by this Court; and

**WHEREAS** DIRECTV and Defendants Park 610, Avila and Timistit wish to avail themselves of mediation;

**IT IS HEREBY STIPULATED AND AGREED** between and among the parties through their undersigned attorneys that the time within which Defendants Park 610, Avila and Timistit shall be required to answer or otherwise move with respect to the Verified Complaint herein shall be extended until July 18, 2008;

**IT IS FURTHER STIPULATED AND AGREED** Defendant Avila's time to serve opposition papers, if any, in response to DIRECTV's motion to confirm the Orders of Attachment shall be extended until June 18, 2008;

**IT IS FURTHER STIPULATED AND AGREED** that, for so long as the above-mentioned parties are engaged in mediation, any proceedings in this action shall be stayed as to Defendants Park 610, Avila and Timistit until July 18, 2008, which date may be further extended by stipulation of the parties, subject to the approval of the Court; provided, however, that Defendant Avila shall serve opposition papers in response to the motion to confirm the foregoing Orders of Attachment on or before June 18, 2008;

**IT IS FURTHER STIPULATED AND AGREED** that DIRECTV may serve reply papers, if any, in response to the Defendants' opposition papers on the motion to confirm the attachment on or before July 9, 2008, on which date the motion shall be fully submitted, and the hearing and determination of the motion shall not be stayed by this Order;

**IT IS FURTHER STIPULATED AND AGREED** that Defendants shall not seek to invalidate the Orders of Attachment on the ground that they have become void due to the expiration of deadlines under Article 62 of the New York Civil Practice Law

and Rules, including without limitation any delay in serving process on other Defendants to this action, and the aforementioned Orders of Attachment shall remain in force until the determination of DIRECTV's motion; and

**IT IS FURTHER STIPULATED AND AGREED** that the action shall continue as to all other Defendants in this action.

Dated:   New York, New York
         May 23, 2008

FOX HORAN & CAMERINI LLP

*(signature)*

V. David Rivkin (VR-6734)
825 Third Avenue
New York, New York 10022
(212) 480-4800
*Attorneys for Defendants*
*Park 610 LLC, Carlos Vicente Avila and*
*Roberto Timistit*

MINTZ & GOLD LLP

*(signature)*

Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor
New York, New York 10016-6819
(212) 696-4848
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

IT IS SO ORDERED: 27 May 2008

*(signature)*

Hon. Victor Marrero
U.S.D.J.

-3-