```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, :
individually and in the right and on behalf : 08 Civ. 3987 (VM)(GWG)
of LATIN AMERICAN SPORTS, LLC, :
 :
                   Plaintiff, :
 :
          v. :
 : [PROPOSED]
PARK 610, LLC, : **ORDER OF ATTACHMENT**
CARLOS VICENTE AVILA, :
ROBERTO TIMISTIT, :
CARLOS PRATOLA, :
ALEJANDRO ZUNDA CORNELL and :
DOES 1 through 10, :
 :
                   Defendants, :
 :
           and :
 :
LATIN AMERICAN SPORTS, LLC, :
 :
          as a Nominal Defendant. :
------------------------------------------------------------X

RICHARD J. HOLWELL
~~VICTOR MARRERO~~, U.S.D.J. (PART 1)

    Plaintiff has moved this Court for an order of attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and Article 62 of the New York Civil Practice Law and Rules ("CPLR"). Plaintiff has shown that it has causes of action, that it is probable that it will succeed on the merits, that defendant Diego Clemente is a non-domiciliary residing without the State of New York, having a domicile in or near Buenos Aires, Argentina, and that the amount demanded from Defendants exceeds all counterclaims known to Plaintiff.

1

**NOW THEREFORE**, for these reasons, as supported by the showings made in plaintiff's application for an order of attachment, including the Amended Verified Complaint, the Supplemental Declaration of Michael Hartman dated June 3, 2008, and the exhibits thereto, and based on all prior papers and proceedings had herein, it is hereby **ORDERED** that:

1.  Plaintiff's motion for an order of attachment is granted;

2.  The amount to be secured by this Order is ~~Five Million Five Hundred and Fifty Thousand Dollars ($5,550,000)~~ One Hundred Eighty Thousand Dollars ($180,000).

3.  Plaintiff shall post a bond in the amount of $ 20,000 as security.

4.  The United States Marshal for the Southern District of New York, or any person appointed to act in his place and stead, shall levy within his jurisdiction at any time before final judgment, upon any funds, monies, property and/or interests in property of defendant Diego Clemente, including without limitation funds, monies, property and/or interests in accounts held at UBS within the following account:

> Banco UBS Financial Service
> 1285 Ave. of the Americas, 19th
> New York, New York (10019)
>
> Intermediario UBS AG
> 677 Washington Blvd.
> Stamford, CT 06901

as will satisfy the aforesaid sum of ~~$5,550,000~~ $180,000 Dollars, and shall refrain from taking any property levied upon into his or her actual custody pending further order of this Court.

5. Upon Plaintiff's application, and for good cause shown, the Court hereby appoints Cliff Perciavalle, who is employed by Plaintiff's counsel, to act in the place and stead of the U.S. Marshal for the purpose of serving the Order and effecting the levy ordered hereby.

6. The statement required by CPLR 6219 shall be served by the garnishee upon the U.S. Marshal and plaintiff's counsel within five (5) days after service of this Order. Plaintiff shall move within 10 days after levy for an order confirming this order of attachment.

Dated: New York, New York
June 5, 2008

SO ORDERED

_____
U.S.D.J.