

Court Orders and Levies Department
LA2-9381
451 Florida Street
Baton Rouge, Louisiana 70801

Friday, May 02, 2008

MINTZ & GOLD LLP
470 PARK AVENUE 10TH FLOOR
NEW YORK, NY 10016

Re: **DIRECTV LATIN AMERICAN LLC vs PARK 610 LLC, et al.**

CASE No: **08CIV 3987**

JPMorgan Chase Bank, N.A. ("**JPMC**") is in receipt of your Temporary Restraining Order for the above referenced case.

JPMC conducted a search of its current systems of the named judgment debtors. The amounts held in each account is listed below:

| Received Date | Account Number | Amount of Hold | Present Balance |
|---|---|---|---|
| Wednesday, Apr 30, 2008 | 4865 | $5,550,000.00 | $116,450.80 |

If funds not held, provide reasons:

Please allow this letter to serve as JPMC's answer to the Order.

If you should have any questions regarding this matter, please contact the bank at (225) 332- 7250 between the hours of 8:00am - 6:00pm CST.

Very truly yours,

*[signature]*

JENNIFER R SMITH
Legal Processing Specialist
JPMorgan Chase Bank, N.A.
Court Orders and Levies Department