**Morgan Stanley & Co. Incorporated**
**Crystal Pruden**
2000 Westchester Ave
Purchase, NY 10577
Legal and Compliance
Phone (914) 225-5628
Fax (914) 750-0331
Crystal.Pruden@morganstanley.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

| | |
|---|---|
| DIRECT LATIN AMERICA, LLC )<br>Individually and in the right and on behalf of )<br>LATIN AMERICAN SPORTS, LLC, )<br>        Plaintiff(s), )<br>Vs. )<br> )<br>PARK 610, LLC )<br>CARLOS VICENTE AVILA )<br>ROBERTO TIMISTIT )<br>CARLOS PRATOLA )<br>ALEJANDRO ZUNDA CORNELL and )<br>DOES 1 through 10 )<br>        Defendant(s). )<br>        and )<br> )<br>LATIN AMERICAN SPORTS, LLC, )<br> )<br>        as a Nominal Defendant ) | 08 Civil No. 3987<br><br>Answer and Disclosure of<br>Morgan Stanley & Co. Incorporated |

ANSWER AND DISCLOSURE OF MORGAN STANLEY.

Comes now, Morgan Stanley & Co. Inc., the garnishee herein, and by way of Answer and Disclosure to the Writ of Garnishment herein, alleges and avers as follows:

1.) After a search of our database using the information provided on the Writ of Garnishment, we have located one active account in the name of the above-mentioned defendant Alejandro Zunda Cornell.

2.) Active Asset Account number       0127 has a balance of $1,273.00 and was restrained on April 30, 2008, until further order of the court. Please note that the account may fluctuate due to market conditions.

3.) Morgan Stanley is aware of no other party or individual indebted to the above-mentioned defendant.

4.) Morgan Stanley could not locate any other accounts registered to the defendant.

5.) An email was sent on April 30, 2008 to plaintiff's attorney advising of same.

Dated: June 2, 2008

By: _____
    Crystal Pruden