MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | |
|---|---|
| DIRECTV LATIN AMERICA, LLC, individually and in the right and on behalf of LATIN AMERICAN SPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PARK 610, LLC,<br>CARLOS VICENTE AVILA,<br>ROBERTO TIMISTIT,<br>CARLOS PRATOLA,<br>ALEJANDRO ZUNDA CORNELL and DOES 1 through 10,<br><br>Defendants,<br><br>and<br><br>LATIN AMERICAN SPORTS, LLC,<br><br>as a Nominal Defendant. | 08 Civ. 3987 (VM)(GWG)<br><br>**CERTIFICATE OF SERVICE** |

------------------------------------------------------------X

**TERENCE W. McCORMICK, ESQ.**, declares pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America as follows:

1.   I am a member of the bar of this Court and an associate of the Firm of Mintz & Gold LLP, attorneys for Plaintiff DIRECTV Latin America, LLC ("DIRECTV").

2.   On this 14th day of May, 2008, I served copies of the foregoing Notice of Motion and the accompanying Declaration of Michael Hartman and Terence McCormick, along with the Memorandum of Law upon the following garnishee:

> JPMorgan Chase
> c/o CT Corporation
> 111 Eighth Avenue
> 13th Floor
> New York, N.Y. 10011

by depositing a true copy of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Terence W. McCormick