MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

DIRECTV LATIN AMERICA, LLC,  :
individually and in the right and on behalf  :   **08 Civ. 3987 (VM)(GWG)**
of LATIN AMERICAN SPORTS, LLC,  :
:
Plaintiff,  :
:   **CERTIFICATE OF SERVICE**
v.  :
:
PARK 610, LLC,  :
CARLOS VICENTE AVILA,  :
ROBERTO TIMISTIT,  :
CARLOS PRATOLA,  :
ALEJANDRO ZUNDA CORNELL and  :
DOES 1 through 10,  :
:
Defendants,  :
:
and  :
:
LATIN AMERICAN SPORTS, LLC,  :
:
as a Nominal Defendant.  :

----------------------------------------------------------X

**TERENCE W. McCORMICK, ESQ.**, declares pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America as follows:

1. I am a member of the bar of this Court and an associate of the Firm of Mintz & Gold LLP, attorneys for Plaintiff DIRECTV Latin America, LLC ("DIRECTV").

2. On this 10th day of June, 2008, I served copies of the foregoing Notice of Motion and the accompanying Declaration of Michael Hartman and Terence McCormick, along with the Memorandum of Law upon the following garnishee:

> Morgan Stanley & Co. Inc.
> Attn: Crystal Pruden
> Legal and Compliance Department
> 2000 Westchester Ave.
> Purchase, N.Y. 10577

by depositing a true copy thereof in a properly addressed wrapper into the custody of the Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery.

_____
Terence W. McCormick