UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN         :     08 Civ. 3987
AMERICAN SPORTS, LLC,                           :
                                                :
              Plaintiff,                        :     **AFFIDAVIT OF SERVICE**
       -against-                                :
                                                :
PARK 610, LLC, CARLOS VICENTE AVILA,            :
ROBERTO TIMISTIT, CARLOS PRATOLA,               :
ALEJANDRO ZUNDA CORNELL and                     :
DOES 1 through 10,                              :
                                                :
              Defendants,                       :
       and                                      :
                                                :
LATIN AMERICAN SPORTS, LLC,                     :
       as a Nominal Defendant                   :
------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on April 30, 2008, at approximately 10:36 a.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon JP Morgan Chase, located at One Chase Manhattan Plaza, New York, New York 10005 by handing the papers to Dalia M. Perez, who's title is Legal Specialist and said she was authorized to accept service. Miss Perez's description is as follows:

Approximate Age:       54
Approximate Height:    5'6
Approximate Weight     150 lbs
Skin Color:            Dark
Hair Color:            Black
Other:                 Glasses

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY
TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012