UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN     :   08 Civ. 3987
AMERICAN SPORTS, LLC,                       :
                                            :
                    Plaintiff,              :   **AFFIDAVIT OF SERVICE**
         -against-                          :
                                            :
PARK 610, LLC, CARLOS VICENTE AVILA,        :
ROBERTO TIMISTIT, CARLOS PRATOLA,           :
ALEJANDRO ZUNDA CORNELL and                 :
DOES 1 through 10,                          :
                                            :
                    Defendants,             :
         and                                :
                                            :
LATIN AMERICAN SPORTS, LLC,                 :
         as a Nominal Defendant             :
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on April 30, 2008, at approximately 10:36 a.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon JP Morgan Chase, located at One Chase Manhattan Plaza, New York, New York 10005 by handing the papers to Dalia M. Perez, who's title is Legal Specialist and said she was authorized to accept service. Miss Perez's description is as follows:

Approximate Age:     54
Approximate Height:  5'6
Approximate Weight   150 lbs
Skin Color:          Dark
Hair Color:          Black
Other:               Glasses

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY
TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN          :   08 Civ. 3987
AMERICAN SPORTS, LLC,                            :
                                                 :
                          Plaintiff,             :   **AFFIDAVIT OF SERVICE**
         -against-                               :
                                                 :
PARK 610, LLC, CARLOS VICENTE AVILA,             :
ROBERTO TIMISTIT, CARLOS PRATOLA,                :
ALEJANDRO ZUNDA CORNELL and                      :
DOES 1 through 10,                               :
                                                 :
                          Defendants,            :
         and                                     :
                                                 :
LATIN AMERICAN SPORTS, LLC,                      :
         as a Nominal Defendant                  :
---------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

   I, Cliff Perciavalle, being duly sworn, deposes and says:

   I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

   That on April 30, 2008, at approximately 3:04 p.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon Wachovia Bank, located at 180 Madison Avenue, New York, New York 10016 by handing the papers to Faye Longobucco, who's title is Service Banker and said she was authorized to accept service. Miss Longobucco's description is as follows:

Approximate Age:      30
Approximate Height:   5'5
Approximate Weight    165 lbs
Skin Color:           White
Hair Color:           Black
Other:

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN      :   08 Civ. 3987
AMERICAN SPORTS, LLC,                        :
                                             :
                    Plaintiff,               :   **AFFIDAVIT OF SERVICE**
        -against-                            :
                                             :
PARK 610, LLC, CARLOS VICENTE AVILA,         :
ROBERTO TIMISTIT, CARLOS PRATOLA,            :
ALEJANDRO ZUNDA CORNELL and                  :
DOES 1 through 10,                           :
                                             :
                    Defendants,              :
        and                                  :
                                             :
LATIN AMERICAN SPORTS, LLC,                  :
        as a Nominal Defendant               :
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on April 30, 2008, at approximately 12:15 p.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon BNP Paribas, located at 787 Seventh Avenue, New York, New York 10019 by handing the papers to Will Martin, who's title is Assistant Administrator and said he was authorized to accept service. Mr. Martin's description is as follows:

Approximate Age:     30
Approximate Height:  5'9
Approximate Weight   150 lbs
Skin Color:          White
Hair Color:          Black
Other:

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY
TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106967
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN : 08 Civ. 3987
AMERICAN SPORTS, LLC, :
  :
            Plaintiff,        : **AFFIDAVIT OF SERVICE**
    -against- :
  :
PARK 610, LLC, CARLOS VICENTE AVILA, :
ROBERTO TIMISTIT, CARLOS PRATOLA, :
ALEJANDRO ZUNDA CORNELL and :
DOES 1 through 10, :
  :
            Defendants, :
     and :
  :
LATIN AMERICAN SPORTS, LLC, :
       as a Nominal Defendant :
------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on April 30, 2008, at approximately 12:45 p.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon Lehman Brothers, located at 399 Park Avenue, New York, New York 10022 by handing the papers to Mike Cassano, who's title is Vice President and said he was authorized to accept service. Mr. Cassano's description is as follows:

Approximate Age:     50
Approximate Height:  6'1
Approximate Weight   200 lbs
Skin Color:          White
Hair Color:          Black
Other:

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY