UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN           :    08 Civ. 3987
AMERICAN SPORTS, LLC,                             :
                                                  :
                       Plaintiff,                 :    **AFFIDAVIT OF SERVICE**
         -against-                                :
                                                  :
PARK 610, LLC, CARLOS VICENTE AVILA,              :
ROBERTO TIMISTIT, CARLOS PRATOLA,                 :
ALEJANDRO ZUNDA CORNELL and                       :
DOES 1 through 10,                                :
                                                  :
                       Defendants,                :
         and                                      :
                                                  :
LATIN AMERICAN SPORTS, LLC,                       :
         as a Nominal Defendant                   :
-----------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on April 30, 2008, at approximately 11:28 a.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon Morgan Stanley, located at 1633 Broadway New York, New York 10036 by handing the papers to Dana Balacek, who's title is Legal Assistant and said she was authorized to accept service. Miss Balacek's description is as follows:

Approximate Age:      32
Approximate Height:   5'5
Approximate Weight    115 lbs
Skin Color:           White
Hair Color:           Dark red
Other:

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY
TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106667
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN : 08 Civ. 3987
AMERICAN SPORTS, LLC, :
:
Plaintiff, : **AFFIDAVIT OF SERVICE**
-against :
:
PARK 610, LLC, CARLOS VICENTE AVILA, :
ROBERTO TIMISTIT, CARLOS PRATOLA, :
ALEJANDRO ZUNDA CORNELL and :
DOES 1 through 10, :
:
Defendants, :
and :
:
LATIN AMERICAN SPORTS, LLC, :
as a Nominal Defendant :
------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on April 30, 2008, at approximately 12:23 p.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon Citibank, located at 399 Park Avenue, New York, New York 10022 by handing the papers to Rima Kaidkey, who's title is Service Officer and said she was authorized to accept service. Miss Kaidkey's description is as follows:

Approximate Age:      52
Approximate Height:   5'5
Approximate Weight    120 lbs
Skin Color:           Brown
Hair Color:           Black
Other:

_____
Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
N O T A R Y
TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually : 
and in the right and on behalf of LATIN : 08 Civ. 3987
AMERICAN SPORTS, LLC, :
:
                    Plaintiff, : **AFFIDAVIT OF SERVICE**
    -against :
:
PARK 610, LLC, CARLOS VICENTE AVILA, :
ROBERTO TIMISTIT, CARLOS PRATOLA, :
ALEJANDRO ZUNDA CORNELL and :
DOES 1 through 10, :
:
                   Defendants, :
    and :
:
LATIN AMERICAN SPORTS, LLC, :
      as a Nominal Defendant :
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK )

      I, Cliff Perciavalle, being duly sworn, deposes and says:

      I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

      That on April 30, 2008, at approximately 12:15 p.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon UBS Financial, located at 51 West 52nd Street, New York, New York 10019 by handing the papers to Dan A. Rosenbaum, who's title is Director Associate Legal Counsel and said he was authorized to accept service. Mr. Rosenbaum's description is as follows:

Approximate Age:     46
Approximate Height: 5'8
Approximate Weight 140 lbs
Skin Color:           White
Hair Color:           Black
Other:

                                                               _____
                                                               Cliff Perciavalle

Sworn to before me this
30th day of April, 2008

_____
NOTARY
TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC, individually :
and in the right and on behalf of LATIN    :   08 Civ. 3987
AMERICAN SPORTS, LLC,                      :
                                           :
                    Plaintiff,             :   **AFFIDAVIT OF SERVICE**
        -against-                          :
                                           :
PARK 610, LLC, CARLOS VICENTE AVILA,       :
ROBERTO TIMISTIT, CARLOS PRATOLA,          :
ALEJANDRO ZUNDA CORNELL and                :
DOES 1 through 10,                         :
                                           :
                    Defendants,            :
        and                                :
                                           :
LATIN AMERICAN SPORTS, LLC,                :
        as a Nominal Defendant             :
------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Nassau County, New York.

That on May 2, 2008, at approximately 1:10 p.m., I served a copy of the ORDER OF ATTACHMENT in the following manner: by delivering a true copy upon UBS AG Securities, located at 299 Park Avenue, New York, New York 10022 by handing the papers to Nelson Dela Cruz, who's title is Contract Attorney and said he was authorized to accept service. Mr. Dela Cruz's description is as follows:

Approximate Age:     35
Approximate Height:  5'10
Approximate Weight   185 lbs
Skin Color:          Brown
Hair Color:          Bald
Other:               Beard

_____
Cliff Perciavalle

Sworn to before me this
2nd day of May, 2008

_____
NOTARY

PAUL OSTENSEN
Notary Public, State of New York
No. 01OS5093620
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Aug. 18, 20__

F:\AMY\DOCS\MISC\AOS and back\DirecTV aos.wpd

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

I, Amy Wong, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Old Bridge, New Jersey.

That on May 5, 2008, I served the within two copies of the ORDER OF ATTACHMENT one concerning Carlos Pratola and one concerning Alejandro Zunda Cornell in the following manner:

✓   By transmitting the papers by electronic means to the telephone/FAX number listed below, which number was designated by the attorney/party for such purpose. I received a signal from the equipment of the attorney/party served indicating that the transmission was received;

✓   By depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FEDERAL EXPRESS for overnight delivery, prior to the latest time designated by that service for overnight delivery;

Wachovia Securities LLC
Subpoena and Garnishment Department
10750 Wheat First Drive
Glen Allen, Virginia 23060
(804) 398-4258 (fax)

_____
Amy Wong

Sworn to before me this
5th day of May, 2008

_____
NOTARY

PAUL OSTENSEN
Notary Public, State of New York
No. 01OS5083620
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Aug. 18, 20__