MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| DIRECTV LATIN AMERICA, LLC, individually and in the right and on behalf of LATIN AMERICAN SPORTS, LLC, | 08 Civ. 3987 (VM)(GWG) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| PARK 610, LLC, CARLOS VICENTE AVILA, ROBERTO TIMISTIT, CARLOS PRATOLA, ALEJANDRO ZUNDA CORNELL and DOES 1 through 10, | |
| Defendants, | |
| and | |
| LATIN AMERICAN SPORTS, LLC, | |
| as a Nominal Defendant. | |

------------------------------------------------------------X

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK )

    **JACQUES MARC**, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years. I am not a party to this action, and I reside in Brooklyn, New York.

2. On the 6th day of June, 2008, at approximately 10:40 a.m., I served a copy of the ORDER OF ATTACHMENT upon UBS AG in the following manner: by delivering a true copy of the same upon UBS AG, New York Branch, 299 Park Avenue, New York, N.Y. 10171, by handing the papers to Jennifer H. Paley, whose title is Associate Director, Litigation Section, and who stated that she was authorized to accept service of the Order. Ms. Paley is a white female, aged approximately 25 to 27 years old, weighing approximately 130 lbs., with brown hair.

3. On the 6th day of June, 2008, at approximately 11:15 p.m., I served a copy of the same ORDER OF ATTACHMENT upon UBS Financial Services, Inc., in the following manner: by delivering a true copy upon UBS Financial Services, Inc., 51 West 52nd Street, New York, N.Y. 10019, by handing the papers to Kenneth Crowley, whose title is Executive Director, Senior Associate General Counsel, and who stated he was authorized to accept service of the Order. Mr. Crowley is a white male, stands at approximately 6 feet and one inch, weighs approximately 150-160 lbs, is approximately 45 years old and has brown/grey hair.

_____
Jacques Marc

Sworn to before me this
6th day of June 2008

_____
Notary Public

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012