UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,                       :
individually and in the right and on behalf       :   **08 Civ. 3987 (VM)(GWG)**
of LATIN AMERICAN SPORTS, LLC,                    :
                                                  :
                                                  :
           Plaintiff,                             :
                                                  :
      v.                                          :   **NOTICE OF MOTION TO**
                                                  :   **CONFIRM ORDER OF**
PARK 610, LLC,                                    :   **ATTACHMENT**
CARLOS VICENTE AVILA,                             :
ROBERTO TIMISTIT,                                 :
CARLOS PRATOLA,                                   :
ALEJANDRO ZUNDA CORNELL and                       :
DIEGO CLEMENTE,                                   :
DOES 1 through 10                                 :
                                                  :
           Defendants,                            :
                                                  :
      and                                         :
                                                  :
LATIN AMERICAN SPORTS, LLC,                       :
                                                  :
           as a Nominal Defendant.                :
-----------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the annexed Declaration of Michael Hartman, sworn to April 29, 2008, and all exhibits thereto, the Supplemental Declaration of Michael Hartman, dated June 3, 2008, and all the exhibits thereto, the Declaration of Terence W. McCormick, Esq., dated June 13, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Plaintiff's Motion to Confirm the Attachment, of even date herewith, and upon all the prior pleadings and proceedings had herein, plaintiff, DIRECTV Latin America, LLC, by its undersigned counsel, will move this Court before the Hon. Victor Marrero, U.S. District Judge, at the United States

Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007, on a date to be scheduled by the Court, for an order pursuant to Rule 64, Fed. R. Civ. P., and Section 6211(b) of the New York Civil Practice Law and Rules, confirming the Order of Attachment entered by Part I of this Court (Hon. Richard J. Holwell, *U.S.D.J.*) on June 5, 2008 against Defendant Diego Clemente.

**PLEASE TAKE FURTHER NOTICE THAT** plaintiff requests that the Court consolidate the instant motion with the motion to confirm the previously entered Orders of Attachment, dated April 29, 2008, against Defendants Carlos Vincente Avila, Carlos Pratola and Alejandro Zunda Cornell [Dkt. No. 15], and for such other and further relief as the Court may deem just and proper.

Subject to such other direction as the Court may give, pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, papers in opposition to this motion, if any, shall be served within ten business days of the service of this Notice of Motion.

Dated:    New York, New York
             June 13, 2008                **MINTZ & GOLD LLP**

/s/  Terence W. McCormick
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel:   (212) 696-4848
Fax:   (212) 696-1231
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*