## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                            )ss.:
COUNTY OF NEW YORK )

I, Ria Biscocho, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Woodside, New York.

That on June 13, 2008, I served a copy of the NOTICE OF MOTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO CONFIRM THE ORDER OF ATTACHMENT AS TO DEFENDANT DIEGO CLEMENTE in the following manner:

By depositing a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of FEDERAL EXPRESS for overnight delivery, prior to the latest time designated by that service for overnight delivery;

David C. Burger, Esq.
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10105-0143

V. David Rivkin, Esq.
Fox Horan & Camerini LLP
825 Third Avenue
New York, New York 10022

_____
Ria Biscocho

Sworn to before me this
13th day of June, 2008

_____
NOTARY

PAUL OSTENSEN
Notary Public, State of New York
No. 01OS5083620
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Aug. 18, 2009