## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

I, Cliff Perciavalle, being duly sworn, deposes and says:

I am over the age of eighteen (18) years and am not a party to this action and reside in Inwood, New York.

That on June 13, 2008 I served a copy of the NOTICE OF MOTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO CONFIRM THE ORDER OF ATTACHMENT AS TO DEFENDANT DIEGO CLEMENTE in the following manner:

By depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service via regular mail, addressed to each of the persons listed below at the last known address set forth after each name;

Carlos Pratola
Villanueva 1350 PB (1426)
Ciudad de Buenos Aires
Republica Argentina

Alejandro Zunda
Ruta Panamericana, Ramal Pilar, Km. 43.5
Barrio Ayres del Pilar, lote V16
(1669) Del Viso, Pilar, Provincia de Buenos Aires
República Argentina

Diego Clemente
Panamericana Ramal Pilar, Km. 43.5
AYRES del PILAR, Lote K 10
(1629) Pilar, Provincia de Buenos Aries
República Argentina

_____
Cliff Perciavalle

Sworn to before me this
13th day of June, 2008

_____
NOTARY

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6106867
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012