UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

          08 Civ. 3987 (VM)(GW)

        Plaintiff,

  v.

PARK 610, LLC,
CARLOS VICENTE AVILA,          **NOTICE OF APPEARANCE**
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL, and
DOES 1 through 10,

        Defendants,

and

LATIN AMERICAN SPORTS, LLC,

      as a Nominal Defendant.
---------------------------------------------------X

PLEASE TAKE NOTICE that Fox Horan & Camerini LLP, hereby appears as counsel for defendants Park 610 LLC, Carlos Vicente Avila and Roberto Timistit in this proceeding, and requests that copies of all pleadings, motions, papers, notices and matters arising in the action be duly served on the undersigned at the address indicated below.

Dated:    New York, New York
          June 18, 2008

                           FOX HORAN & CAMERINI LLP

                           By: _____
                               V. David Rivkin (VR-6734)
                           825 Third Avenue, 12th Floor
                           New York, NY 10022
                           Tel (212) 480-4800
                           Fax. (212) 709-0209
                           *Attorneys for Defendant Park 610, LLC*
                           *Carlos Avila and Roberto Timistit*