UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

                  Plaintiff,

          v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL,
DIEGO CLEMENTE, and DOES 1 through 10,

                  Defendants,

          and

LATIN AMERICAN SPORTS, LLC,

                  as a Nominal Defendant.
-------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-08

08 Civ. 3987 (VM)(GWG)

**ORDER**

**ECF CASE**

      The Court having received a timely application from Plaintiff DIRECTV Latin America, LLC, to extend the time to complete service of process upon non-domiciliary defendants Carlos Pratola and Alejandro Zunda Cornell, it is hereby **ORDERED** that the application is **GRANTED,** and the time for Plaintiff to serve process on Defendants Carlos Pratola and Alejandro Zunda Cornell is hereby extended by sixty (60) days in accordance with FRCP 64 and CPLR § 6213, with leave to seek further extensions as necessary in order to complete proceedings under the Hague Convention.

**IT IS SO ORDERED.**

Dated: New York, New York
         June 25, 2008

                                                        Victor Marrero, U.S.D.J.