MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| DIRECTV LATIN AMERICA, LLC, individually and in the right and on behalf of LATIN AMERICAN SPORTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PARK 610, LLC,<br>CARLOS VICENTE AVILA,<br>ROBERTO TIMISTIT,<br>CARLOS PRATOLA,<br>ALEJANDRO ZUNDA CORNELL and<br>DOES 1 through 10,<br><br>　　　　　　Defendants,<br><br>　　　　and<br><br>LATIN AMERICAN SPORTS, LLC,<br><br>　　　　　　as a Nominal Defendant. | **08 Civ. 3987 (VM)(GWG)**<br><br><br>**AFFIDAVIT OF SERVICE** |

-----------------------------------------------------------X

STATE OF NEW YORK　　　　)
　　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　　　)

**JACQUES MARC**, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years. I am not a party to this action, and I reside in Brooklyn, New York.

2. On this 9th day of July, 2008, I served the foregoing MEMORANDUM OF LAW IN REPLY TO DEFENDANT AVILA'S OPPOSITION TO THE MOTION TO CONFIRM THE ORDER OF ATTACHMENT upon the Defendants:

>V. David Rivkin, Esq.
>Fox Horan & Camerini LLP
>825 Third Avenue
>New York, New York 10022
>(*counsel for Defendants Park 610, LLC, Carlos Vicente Avila and Roberto Timistit*)

>Carlos Pratola
>Villanueva 1350 PB (1426)
>Ciudad de Buenos Aires
>Republica Argentina

>Alejandro Zunda Cornell
>Ruta Panamericana, Ramal Pilar, Km. 43.5
>Barrio Ayres del Pilar, lote V16
>(1669) Del Viso, Pilar, Provincia de Buenos Aires
>República Argentina

>Diego Clemente
>Panamericana Ramal Pilar, Km. 43.5
>AYRES del PILAR, Lote K 10
>(1629) Pilar, Provincia de Buenos Aries
>República Argentina

and

>David C. Burger, Esq.
>Robinson Brog Leinwand Greene Genovese & Gluck P.C.
>1345 Avenue of the Americas
>New York, New York 10105-0143

by depositing true copies of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Jacques Marc

Sworn to before me this
9th day of July 2008

_____
Notary Public

TERENCE W. McCORMICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MC6108957
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 15, 2012