USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

                Plaintiff,

v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL,
DIEGO CLEMENTE, and
DOES 1 through 10,

                Defendants,

and

LATIN AMERICAN SPORTS, LLC,

                As a Nominal Defendant.
------------------------------------------------------------X

08 CV 3987 (VM)

**STIPULATION**

        **WHEREAS**, the time for Defendants Park 610, LLC, Carlos Vicente Avila and Roberto Timistit (together, the "Park 610 Defendants") to answer or otherwise move in response to the Verified Complaint herein has been previously been extended to July 18, 2008 to accommodate a mediation between Defendant Park 610, LLC and Plaintiff, DIRECTV Latin America, LLC ("DIRECTV") pursuant to that certain Limited Liability Company Agreement among DIRECTV, Park 610, LLC, and nominal Defendant Latin American Sports, LLC (the "Mediation");

        **WHEREAS** DIRECTV served and filed an Amended Verified Complaint as of right within the time permitted by Federal Rule 15(a)(1); and

        **WHEREAS** the Mediation has been conducted before JAMS, Inc.;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for DIRECTV and the Park 610 Defendants that the time within which the Park 610 Defendants shall answer or otherwise move with respect to the Amended Verified Complaint is extended through July 25, 2008.

Dated: New York, New York
July 11, 2008

| | |
|---|---|
| **MINTZ & GOLD LLP** | **FOX HORAN & CAMERINI LLP** |
| *Terence W. McCormick* | *[signature]* |
| Steven G. Mintz (SM 5428) | V. David Rivkin (VR 6734) |
| Terence W. McCormick (TM 2713) | 825 Third Avenue |
| 470 Park Avenue South | New York, New York 10022 |
| 10th Floor | (212) 480-4800 |
| New York, New York 10016-6819 | *Attorneys for Defendants* |
| (212) 696-4848 | *Park 610 LLC, Carlos Vicente Avila and* |
| *Attorneys for Plaintiff* | *Roberto Timistit* |
| *DIRECTV Latin America, LLC* | |

IT IS SO ORDERED: 15 July 2008

*[signature]*
Hon. Victor Marrero
U.S.D.J.

2