**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

DIRECTV LATIN AMERICA, LLC,                    :
individually and in the right and on behalf    :
of LATIN AMERICAN SPORTS, LLC,                 :
                                               :
                    Plaintiff,                 :        08 Civ. 3987 (VM)
                                               :
        v.                                     :
                                               :        **AMENDED DISCLOSURE**
PARK 610, LLC,                                 :        **STATEMENT PURSUANT TO**
CARLOS VICENTE AVILA,                          :        **RULE 7.1(a)**
ROBERTO TIMISTIT,                              :
CARLOS PRATOLA,                                :
ALEJANDRO ZUNDA CORNELL and                    :
DOES 1 through 10,                             :
                                               :
                    Defendants,                :
                                               :
        and                                    :
                                               :
LATIN AMERICAN SPORTS, LLC,                     :
                                               :
            as a Nominal Defendant.            :
-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(a), the

undersigned counsel for Plaintiff, DIRECTV Latin America, LLC, a private non-

governmental party, certifies that Plaintiff's parent company is DIRECTV Latin America

Holdings, Inc., a non-publicly held corporation organized under the laws of the State of

California, which holds 99.5% of Plaintiff's equity.[1]  Plaintiff's ultimate parent company,

The DIRECTV Group, Inc., a publicly traded Delaware corporation, indirectly owns

100% of the equity of the Plaintiff.  Liberty Media Corporation, a publicly traded

company, owns more than 10% of the stock of The DIRECTV Group, Inc.

---

[1]      DIRECTV International, Inc., a non-publicly held Delaware corporation, owns the remaining
0.5% of Plaintiff's equity.

Dated: New York, New York
        July 22, 2008

                                    **MINTZ & GOLD LLP**


                                    By: _Terence W. McCormick_
                                    Steven G. Mintz (SM 5428)
                                    Terence W. McCormick (TM 2713)
                                    470 Park Avenue South
                                    10th Floor North
                                    New York, NY 10016-6819
                                    Tel: (212) 696-4848
                                    Fax: (212) 696-1231
                                    mccormick@mintzandgold.com
                                    mintz@mintzandgold.com
                                    *Attorneys for Plaintiff*
                                    *DIRECTV Latin America, LLC*