UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

           Plaintiff,

v.

PARK 610, LLC, CARLOS VICENTE AVILA,
ROBERTO TIMISTIT, CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL,
DIEGO CLEMENTE, and DOES 1 through 10,

           Defendants,

and

LATIN AMERICAN SPORTS, LLC,

           as a Nominal Defendant.
-----------------------------------------------------------X

08 Civ. 3987 (VM)(GWG)

**ORDER**

**ECF CASE**

USDS SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 7-23-08

WHEREAS this Court entered orders of attachment on April 29, 2008 against property held in this District by Defendants Carlos Pratola, Alejandro Zunda Cornell and Carlos Vicente Avila, and a supplemental order of attachment dated June 5, 2008 against property owned by Defendant Diego Clemente (the "Orders of Attachment"); and

WHEREAS the Orders of Attachment direct the United States Marshall to refrain from taking the levied property into custody pending further order of this Court;

IT IS HEREBY ORDERED that all property levied or to be levied upon pursuant to the Orders of Attachment shall remain in the custody of the garnishees and shall not be required to be collected by the United States Marshall (or his appointed designee) pending further order of the Court, and that the time within which to perfect any levy of attachment shall be, and it hereby

1

is, extended pursuant to Rule 64, Fed. R. Civ. P., and N.Y. C.P.L.R. § 6214(e) until thirty (30) days after determination of the pending motions to confirm the Orders of Attachment. Plaintiff shall serve a copy of this Order upon each garnishee holding personal property of the aforementioned Defendants.

**IT IS SO ORDERED.**

Dated: New York, New York
July 23, 2008

_____
Victor Marrero, U.S.D.J.

2