UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

DIRECTV LATIN AMERICA, LLC,
individually and in the right and on behalf
of LATIN AMERICAN SPORTS, LLC,

                 Plaintiff,

v.

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO TIMISTIT,
CARLOS PRATOLA,
ALEJANDRO ZUNDA CORNELL, and
DOES 1 through 10,

                 Defendants,

and

LATIN AMERICAN SPORTS, LLC,

                 as a Nominal Defendant.
------------------------------------------------------X

08 Civ. 3987 (VM)(GW)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Park 610, LLC certifies that Park 610 LLC is not a publicly held corporation and that no publicly held corporation owns 10% or more of the stock or interest in Park 610 LLC.

Dated:     New York, New York
             July 25, 2008

FOX HORAN & CAMERINI LLP

By: _____
V. David Rivkin (VR-6734)
825 Third Avenue, 11th Floor
New York, NY 10022
Tel. (212) 480-4800
Fax (212) 709-0248
*Attorneys for Defendant Park 610, LLC*