UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

*DIRECTV LATIN AMERICA, LLC*

                     Plaintiff(s),

- against -

*PARK 610, LLC, et al.*

                    Defendant(s).

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

*08* Civ. 3987 (VM)(GWG)

-------------------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

___   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Habeas Corpus

___   Social Security

___   Settlement*

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___   Inquest After Default/Damages Hearing

      Particular Motion: _____

_____

___   All such motions:

* Do not check if already referred for general pretrial.

      **The parties are directed that henceforth all correspondence pertaining to case management, scheduling and pretrial proceedings in this action, including amendments of an approved Case Management Plan, extensions of any deadlines, discovery disputes, non-dispositive pretrial motions, and any other proceedings prior to the completion of all discovery, shall be addressed to the designated Magistrate Judge in the first instance, except as may be otherwise authorized by the Court or the Magistrate Judge, and provided that with regard to matters referred to the Magistrate Judge on consent under 28 U.S.C. § 636(c), all such communications shall be addressed solely to the Magistrate Judge.**

**SO ORDERED.**

DATED:    New York, New York
           25 July 2008

_____
VICTOR MARRERO
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08
```