MINTZ & GOLD LLP
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| DIRECTV LATIN AMERICA, LLC, individually and in the right and on behalf of LATIN AMERICAN SPORTS, LLC, | 08 Civ. 3987 (VM)(GWG) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PARK 610, LLC, CARLOS VICENTE AVILA, ROBERTO TIMISTIT, CARLOS PRATOLA, ALEJANDRO ZUNDA CORNELL and DOES 1 through 10, | |
| Defendants, | |
| and | |
| LATIN AMERICAN SPORTS, LLC, | |
| as a Nominal Defendant. | |

------------------------------------------------------------X

**TERENCE W. McCORMICK, ESQ.**, declares pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America as follows:

1. I am a member of the bar of this Court and an associate of the Firm of Mintz & Gold LLP, attorneys for Plaintiff, DIRECTV Latin America, LLC.

2. On the 25th day of July, 2008, I served copies of the Order of the Honorable Victor Marrero, *U.S.D.J.*, entered July 23, 2008, upon the following garnishees:

>Morgan Stanley & Co. Inc.
>Attn: Crystal Pruden
>Legal and Compliance Department
>2000 Westchester Ave.
>Purchase, N.Y. 10577
>
>UBS Financial Services, Inc.
>Attention: Alexandra McInerney
>499 Washington Boulevard
>Jersey City, New Jersey 07310-1998
>
>JPMorgan Chase
>Attention: Jennifer R. Smith
>Court Orders and Levies Department
>LA2-9381
>451 Florida Street
>Baton Rouge, Louisiana 70801

by transmitting a copy of the foregoing paper to the above-listed garnishees by facsimile transmission to a facsimile telephone number designated by the garnishees for that purpose and by depositing a true copy of the same, enclosed in a postage paid properly addressed wrapper, via first class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Executed at New York, New York on this 30th day of July, 2008

*/s/ Terence W. McCormick*
_____
Terence W. McCormick