```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIRECTV LATIN AMERICA, L.L.C. et al.,    :
                                         :
              Plaintiffs,                :    ORDER
                                         :
       -v.-                              :
                                         :    08 Civ. 3987 (VM) (GWG)
                                         :
PARK 610, L.L.C. et al.,                 :
              Defendants.                :
------------------------------------------------------------x
```

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    The motion to confirm the attachment as to Diego Clemente (Docket # 37) is granted as unopposed.

    Discovery is stayed until service of the summons and complaint is completed on any unserved parties. This ruling is without prejudice to a future application to vacate the stay.

    SO ORDERED.

Dated: August 8, 2008
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-08-08