UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,

                Plaintiff,

      v.

PARK 610, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

08 CV 3987 (VM)

STIPULATION

WHEREAS Defendants Park 610, LLC, Carlos Avila and Roberto Timistit (the "Park 610 Defendants") moved to dismiss the Complaint by Notice of Motion dated July 25, 2008;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and the Park 610 Defendants that Plaintiff shall serve papers in opposition to the motion on or before September 5, 2008, and the Park 610 Defendants shall serve reply papers, if any, on or before September 26, 2008.

Dated:   New York, New York
           July 25, 2008

MINTZ & GOLD LLP

_____
Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South – 10th Floor North
New York, New York 10016-6819
(212) 696-4848
*Attorneys for Plaintiff*

FOX HORAN & CAMERINI LLP

_____
V. David Rivkin (VR-6734)
825 Third Avenue
New York, New York 10022
(212) 480-4800
*Attorneys for the Park 610, LLC,
Carlos Vicente Avila and Roberto Timistit*

IT IS SO ORDERED:

_____
Hon. Victor Marrero
U.S.D.J.

Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York