```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,

                Plaintiff,      :    08 CV 3987 (VM)

      v.                          :    **STIPULATION**

PARK 610, LLC, et al.,

                Defendants.
------------------------------------------------------X

    WHEREAS Defendants Park 610, LLC, Carlos Avila and Roberto Timistit (the "Park 610 Defendants") moved to dismiss the Complaint by Notice of Motion dated July 25, 2008;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for Plaintiff and the Park 610 Defendants that Plaintiff shall serve papers in opposition to the motion on or before September 5, 2008, and the Park 610 Defendants shall serve reply papers, if any, on or before September 26, 2008.

Dated:    New York, New York
             July 25, 2008

MINTZ & GOLD LLP                    FOX HORAN & CAMERINI LLP

_/s/ Terence W. McCormick_              _/s/_
Steven G. Mintz (SM 5428)              V. David Rivkin (VR-6734)
Terence W. McCormick (TM 2713)    825 Third Avenue
470 Park Avenue South – 10th Floor North  New York, New York 10022
New York, New York 10016-6819      (212) 480-4800
(212) 696-4848                            *Attorneys for the Park 610, LLC,*
*Attorneys for Plaintiff*                 *Carlos Vicente Avila and Roberto Timistit*

IT IS SO ORDERED: 24 August 2008

_/s/ Victor Marrero_
Hon. Victor Marrero
U.S.D.J.