**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,                    :
individually and in the right and on behalf    :          **08 Civ. 3987 (VM)(GWG)**
of LATIN AMERICAN SPORTS, LLC,                 :
                                               :
                      Plaintiff,               :          **NOTICE OF CROSS-MOTION**
                                               :
              v.                               :
                                               :          **ECF CASE**
PARK 610, LLC,                                 :
CARLOS VICENTE AVILA,                          :
ROBERTO TIMISTIT,                              :
CARLOS PRATOLA,                                :
ALEJANDRO ZUNDA CORNELL and                    :
DIEGO CLEMENTE,                                :
DOES 1 through 10,                             :
                                               :
                      Defendants,              :
                                               :
              and                              :
                                               :
LATIN AMERICAN SPORTS, LLC,                    :
                                               :
              as a Nominal Defendant.          :
-----------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the Declaration of Terence W. McCormick, Esq.,

dated September 5, 2008, the Proposed Second Amended Complaint annexed thereto, Plaintiff's

Memorandum of Law dated September 5, 2008, and upon all prior pleadings and proceedings

had herein, plaintiff, DIRECTV Latin America, LLC, will move this Court pursuant to Rule

15(a) of the Federal Rules of Civil Procedure, before the Honorable Victor Marrero, United

States District Judge, at the United States Courthouse, Courtroom 20B, 500 Pearl Street, New

York, New York 10007, at a time and date to be determined by the Court for an Order granting

leave to amend the Amended Verified Complaint herein, and in opposition to the motion by

Defendants Park 610, LLC, Carlos Vicente Avila and Roberto Timistit to dismiss the causes of action against them in the Amended Verified Complaint.

Subject to such other direction as the Court may give, pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, papers in opposition to this motion, if any, shall be served within ten business days of the service of this Notice of Cross-Motion.

Dated:      New York, New York
              September 5, 2008

**MINTZ & GOLD LLP**

*Terence W. McC____*

Steven G. Mintz (SM 5428)
Terence W. McCormick (TM 2713)
470 Park Avenue South
10th Floor North
New York, N.Y. 10016-6819
Tel:   (212) 696-4848
Fax:  (212) 696-1231
*Attorneys for Plaintiff*
*DIRECTV Latin America, LLC*