Exhibit 1 to Stipulation of Dismissal

```
USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 12-23-09
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
DIRECTV LATIN AMERICA, LLC,

              Plaintiff,

    v.

PARK 610, LLC,
CARLOS VICENTE AVILA,
ROBERTO JORGE TIMISTIT,
CARLOS PRATOLA,
DIEGO CLEMENTE, and
DOES 1 through 10,

              Defendants.
------------------------------------------------------X

08 Civ. 3987 (VM)(GWG)

**ORDER RELEASING BOND**

**ECF CASE**

**WHEREAS** Plaintiff, DIRECTV Latin America, LLC ("DIRECTV") obtained an Order of Attachment from this Court on April 29, 2008 as to property owned in this District by Defendant Carlos Vicente Avila ("Avila") and, pursuant to such Order, filed an Undertaking on Attachment Bond, # 6528824, in the amount of $ 600,000.00 (Docket No. 19)(the "Bond"); and

**WHEREAS** DIRECTV, Avila and Defendants Park 610, LLC and Roberto Timistit (collectively, the "Settling Parties") have entered into a settlement of the claims among them and have jointly moved this Court via a Stipulation and Order dated December 22, 2009, *inter alia*, to release the Bond; the Court having considered the Settling Parties' application; and for good cause shown, it is hereby **ORDERED** that:

    1.    The Settling Parties' application to this Court to shall be, and it hereby is, **GRANTED**;

2.      The Clerk of the Court is hereby **DIRECTED** to promptly release and forward the Bond to counsel for DIRECTV; and

3.      The Clerk is further **DIRECTED** to send an attested copy of this Order to all counsel of record upon entry.

**ENTERED** this 23rd day of December 2009.

_____
United States District Judge